# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| DAVID A. CAWTHON,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. 7:00-CR-12<br>28 U.S.C. § 2255<br>CASE NO. 7:08-CV-90016 |

**ORDER**

This case is before the Court on the Recommendation of United States Magistrate Judge G. Mallon Faircloth (Doc. 499), entered on June 26, 2009. The Magistrate Judge recommends that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 436) be denied, and that any outstanding motions filed by Petitioner be denied as moot.

Petitioner has filed an objection to the Recommendation, as permitted by 28 U.S.C. § 636. The Court has reviewed the objection, and has made a *de novo* review of the portions of the Recommendation to which objection has been made. The Court finds the objection to be without merit.

Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge (Doc. 499). Petitioner's Motion to Vacate (Doc. 436) is denied. Petitioner's Amended Motion (Doc. 439), Motion to Exceed Page Limitation (Doc. 440), Motion Seeking Leave to Amend (Doc. 441), Motion to

Amend (Doc. 453), Amended Motion (Doc. 455), Motion to Vacate (Doc. 486), Motion for Copy of Case (Doc. 488), Motion for Citation (Doc. 489), and Motion for Evidentiary Hearing (Doc. 492) are all denied as moot. The Clerk of Court is instructed to close this case.

**SO ORDERED**, this the 12th day of July, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh