**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| DAVID A. CAWTHON, | : | |
| Petitioner | : | |
| VS. | : | NO. 7:00-CR-12 (HL) |
| UNITED STATES OF AMERICA, | : | |
| Respondent | : | **O R D E R** |

Before the Court is petitioner **DAVID A. CAWTHON'S** notice of appeal (Tab # 590) and request for a Certificate of Appealability ("COA") (Tab # 591), from the Court's order that petitioner's 28 U.S.C. § 2255 motion be denied (Tab # 583). Under section 2253(c)(2), a COA may issue only if the applicant makes " a substantial showing of the denial of a constitutional right." This requires a petitioner to demonstrate that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *See Slack v. McDaniel*, 529 U.S. 473, 478 (2000).

For the reasons stated in Magistrate Judge G. Mallon Faircloth's June 26, 2009, recommendation (Tab # 499) and this Court's July 12, 2010 order accepting the same, the Court concludes reasonable jurists could not find that a dismissal of petitioner's claims was debatable or wrong. Accordingly, it is hereby **ORDERED** that petitioner's application for a COA be **DENIED**.

It is further **ORDERED** that petitioner's motion to proceed IFP on appeal (Tab # 598) be **DENIED AS MOOT**.

**SO ORDERED**, this 30th day of August, 2010.

                                                ***s/ Hugh Lawson***
                                                HUGH LAWSON
                                                UNITED STATES DISTRICT JUDGE

cr